# In the United States District Court for the Southern District of Georgia Waycross Division

HENRY W. YOUNGBLOOD, JR.,

    Plaintiff,

    v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

CV 525—135

## ORDER

Plaintiff initiated this action on September 18, 2025 in the Superior Court of Coffee County, Georgia. See Dkt. No. 1-1. On October 24, 2025, Defendant removed the case to this Court. Dkt. No. 1. Plaintiff amended his complaint on November 13, 2025. Dkt. No. 9. Thereafter, on November 26, 2025, Defendant moved to dismiss the amended complaint. Dkt. No. 12. Then, on December 12, 2025, Plaintiff moved the Court, with Defendant's consent, for an extension of time within which to respond to the motion to dismiss. Dkt. No. 14. The Court granted the motion for extension. Dkt. No. 15. On December 19, 2025, Plaintiff filed a second amended complaint. Dkt. No. 16. Later, on December 31, 2025, Defendant moved to dismiss the second amended complaint. Dkt. No. 18. Now before the Court is Plaintiff's motion for leave to file a third amended complaint, dkt. no. 28,

to which Defendant consents.  For the reasons below, Defendant's motion to dismiss, dkt. no. 18, is **DENIED as moot.**

## LEGAL STANDARD

Under Rule 15 of the Federal Rules of Civil Procedure, a party may amend its pleading with the opposing party's written consent.  Fed. R. Civ. P. 15(a)(2).  An amended pleading "supersedes the former pleading" such that "the original pleading is abandoned by the amendment, and is no longer a part of the pleader's averments against his adversary."  Dresdner Bank AG v. M/V Olympia Voyager, 463 F.3d 1210, 1215 (11th Cir. 2006) (internal quotation marks and citation omitted); see also Fritz v. Standard Sec. Life Ins. Co., 676 F.2d 1356, 1358 (11th Cir. 1982) ("Under the Federal Rules, an amended complaint supersedes the original complaint.").

## DISCUSSION

Plaintiff sought and received Defendant's written consent to file the third amended complaint.  As such, Plaintiff's third amended complaint supersedes his second amended complaint, and Defendant's motion to dismiss the second amended complaint, dkt. no. 18, has thus been rendered moot.

## CONCLUSION

Defendant's motion to dismiss the second amended complaint, dkt. no. 18, as well as its motion to withdraw that motion, dkt. no. 29, are **DENIED as moot.**  The motion hearing scheduled for

March 31, 2026 is canceled.  Further, Plaintiff's motion for leave to amend, dkt. nos. 27, 28, are **DENIED as moot.**  The Clerk is **DIRECTED** to docket Plaintiff's third amended complaint, dkt. nos. 28-1 and 28-2, as a separate entry upon the record.

**SO ORDERED**, this 30th day of March, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA